**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EUGENIO EVERADO CAMACHO-CONTRERAS, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-73303 <br><br> Agency No. A073-982-536 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:    O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Eugenio Everado Camacho-Contreras, a native and citizen of Mexico,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

his motion to reopen alleging ineffective assistance of counsel.  We have

jurisdiction under  8 U.S.C. § 1252.  Reviewing for abuse of discretion,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

*Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), we deny the petition for review.

The BIA did not abuse its discretion in denying Camacho-Contreras' motion to reopen because it was filed more than six years after the BIA's March 25, 2002, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Camacho-Contreras failed to demonstrate that he acted with the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897 (equitable tolling available "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence"); *see also Singh v. Gonzales*, 491 F.3d 1090, 1096-97 (9th Cir. 2007).

Camacho-Contreras' remaining contention is unavailing.

**PETITION FOR REVIEW DENIED.**